# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | : | No. 15 MAL 2016 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Commonwealth Court |
| | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, INSURANCE DEPARTMENT, THERESA D. MILLER, ACTING INSURANCE COMMISSIONER | : | |
| | : | |
| KEVIN DOUGHERTY, Intervenor | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: KEITH DOUGHERTY | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of May, 2016, the Petition for Allowance of Appeal is **DENIED**.